UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WINPROVIT - SOLUÇÕES INTELIGENTES

Plaintiff(s),

- against -

Z DA INFOTEK CORP.

Defendant(s).
------------------------------------------------------------x

23 Civ. 11155 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff may file its summary judgment motion by May 6, 2025.

2. Defendant may respond to the motion by May 30, 2025.

3. Plaintiff may reply by June 12, 2025.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 8, 2025