**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WINPROVIT-SOLUCOES INTELLIGENTES
S.A.,

                Plaintiff,

    -against-                                23 **CIVIL** 11155 (PKC)

                                                     **JUDGMENT**

Z & A INFOTEK CORP. a/k/a Z AND A
INFOTEK CORPORATION a/k/a Z & A
INFOTEK, INC. d/b/a ZEN & ART,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 10, 2025, Winprovit's motion for summary judgment is GRANTED. Final Judgment is entered in favor of Winprovit on its claim of breach of contract against Infotek in the amount of $650,470, plus-prejudgment interest in the amount of $94,199.14, for a total of $744,669.14; accordingly, the case is closed.

**Dated:**  New York, New York

       July 11, 2025

                                                                 **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                                   **BY:**     *K. Mango*

                                                                    **Deputy Clerk**